FILED RECEIVED LODGED
FEB 02 2016
WESTERN DISTRICT OF WASHINGTON AT TACOMA
CLERK U.S. DISTRICT COURT
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF WASHINGTON, *ex rel.* AMY THOMPSON, L.P.N.<br><br>Plaintiffs,<br><br>v.<br><br>COMPREHENSIVE MENTAL HEALTH CENTER OF TACOMA-PIERCE COUNTY, d/b/a COMPREHENSIVE LIFE RESOURCES, a nonprofit corporation; OPTUMHEALTH PIERCE REGIONAL SUPPORT NETWORK and its parent corporation.<br><br>Defendants. | NO. 15-CV-05335-RBL<br><br>ORDER GRANTING STATE OF WASHINGTON'S NOTICE OF ELECTION TO DECLINE INTERVENTION<br><br><u>FILED UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)</u><br><br>DO NOT ENTER ON PACER<br>DO NOT PLACE IN PRESS BOX |

### [PROPOSED] ORDER

The Plaintiff State of Washington (Plaintiff State), having declined to intervene in this action pursuant to RCW 74.66.060(3), the Court rules as follows:

IT IS ORDERED that,

1. If the Relator chooses to conduct the action, that the Complaint be unsealed and served upon the Defendants by the Relator;

2. The Relator shall serve all pleadings, motions, or notices filed in this action, including supporting memoranda, upon the attorney for the Plaintiff State. The Plaintiff State

ORDER GRANTING STATE OF WASHINGTON'S NOTICE OF ELECTION TO DECLINE INTERVENTION

2

ATTORNEY GENERAL OF WASHINGTON
Medicaid Fraud Control Unit
PO Box 40114
Olympia, WA 98504-0114
(360) 586-8888

1  may order any deposition transcripts and are entitled to intervene in this action, for good cause,
2  at a later date;

3      3. All Orders of this Court shall be sent by Relator to the attorney for the Plaintiff State
4  listed below; and that

5      4. Should the Relator propose that this action settled, the Relator will provide the
6  Plaintiff State with notice and an opportunity to be heard before the Court rules or grants its
7  approval.

8      IT IS SO ORDERED,
9      DATED this 2nd day of February, 2016.

                                                  United States District Judge

Presented by:

ROBERT W. FERGUSON
Washington Attorney General

_____
STEVE E. DIETRICH, WSBA #21897
Senior Counsel
Washington Attorney General's Office
Medicaid Fraud Control Unit
SteveD@atg.wa.gov

ATTORNEYS FOR THE STATE OF WASHINGTON

ORDER GRANTING STATE OF WASHINGTON'S NOTICE OF ELECTION TO DECLINE INTERVENTION

3

ATTORNEY GENERAL OF WASHINGTON
Medicaid Fraud Control Unit
PO Box 40114
Olympia, WA 98504-0114
(360) 586-8888