HON. RONALD B. LEIGHTON

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA; and STATE OF WASHINGTON, *ex rel.* AMY THOMSON, L.P.N., <br><br> Plaintiff, <br><br> vs. <br><br> COMPREHENSIVE MENTAL HEALTH CENTER OF TACOMA-PIERCE COUNTY, d/b/a COMPREHENSIVE LIFE RESOURCES, a nonprofit corporation; OPTUMHEALTH PIERCE REGIONAL SUPPORT NETWORK and its parent corporations, <br><br> Defendants. | NO. 15-cv-05335-RBL <br><br> RELATOR'S MOTION TO DISMISS WITHOUT PREJUDICE <br><br><br> NOTE ON MOTION CALENDAR: MARCH 4, 2016 |

COMES NOW AMY THOMSON, LPN, *qui tam* as Relator, by and through her counsel of record, and hereby requests that the above-entitled case against all defendants may be dismissed with prejudice pursuant to Fed. R. Civ. P. 41, and each party to bear their own fees and costs.

Plaintiffs the United States of America and the State of Washington have filed Elections to Decline Intervention on January 13, 2016. No Defendant has been served with process in this matter. Relator has served this Motion upon the United States and the State of Washington pursuant to 31 U.S.C. § 3730(e)(4).

1  A proposed order accompanies this Motion.

2

3  DATED this 5th day of February, 2016.

4

5  _____

6  J. Denise Diskin, WSBA #41425
   Stephen A. Teller, WSBA #23372
7  Attorneys for Relator

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

RELATOR'S MOTION TO DISMISS
WITHOUT PREJUDICE - 2

**Teller & Associates, PLLC**
1139 34th Ave, Ste B
Seattle, WA  98122
(206) 324-8969   Fax: 860-3172

CERTIFICATE OF SERVICE

I hereby certify that on the 5th of February, 2016, I served the foregoing RELATOR'S MOTION TO DISMISS WITHOUT PREJUDICE via CM/ECF system transmission:

U.S. Attorney's Office:

> David R. East
> Assistant United States Attorney
> Western District of Washington
> 700 Stewart Street
> Suite 5220
> Seattle, WA 98101-1271

Washington State Office of the Attorney General:

> Steve E. Dietrich
> Senior Counsel
> Washington Attorney General's Office
> Medicaid Fraud Control Unit
> P.O. Box 40114
> Olympia, WA 98504

DATED this 5th day of February, 2016.

_____
J. Denise Diskin

RELATOR'S MOTION TO DISMISS
WITHOUT PREJUDICE - 3

**Teller & Associates, PLLC**
1139 34th Ave, Ste B
Seattle, WA  98122
(206) 324-8969   Fax: 860-3172