1

2
                             HON. RONALD B. LEIGHTON

3

4

5

6

7

8
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
9
**AT TACOMA**

10
UNITED STATES OF AMERICA; and
STATE OF WASHINGTON, *ex rel.*    NO.  15-cv-05335-RBL
11
AMY THOMSON, L.P.N.,

12
            Plaintiff,
**ORDER GRANTING RELATOR'S**
13
        vs.    **MOTION TO DISMISS WITHOUT**
**PREJUDICE**
14
COMPREHENSIVE MENTAL
HEALTH CENTER OF TACOMA-
15
PIERCE COUNTY, d/b/a
COMPREHENSIVE LIFE
16
RESOURCES, a nonprofit corporation;
OPTUMHEALTH PIERCE REGIONAL
17
SUPPORT NETWORK and its parent
corporations,
18
          Defendants.
19

20
    **THIS MATTER**, having come before the Court, and the Court having considered, the
21
Relator's Motion to Dismiss Without Prejudice; Opposition by the United States of America (if
22
any); Opposition by the State of Washington (if any); and Relator's Reply to Opposition by the
23
United States of America and/or the State of Washington (if any),

24

25

ORDER GRANTING RELATOR'S MOTION
TO DISMISS WITHOUT PREJUDICE -  1

**IT IS ORDERED THAT**, Relator's Motion to Dismiss Without Prejudice is **GRANTED**.

DATED this 25th day of March, 2016.

Ronald B. Leighton
United States District Judge

TELLER & ASSOCIATES, PLLC

By:_____
    J. Denise Diskin, WSBA No. 41425
    Stephen Teller, WSBA No. 23372
    Teller & Associates, PLLC
    1139 34th Ave., Suite B
    Seattle, Washington 98122
    Telephone: (206) 324-8969
    Fax: (206) 860-3172
    E-Mail: denise@stellerlaw.com
       steve@stellerlaw.com
    Attorneys for Relator

ORDER GRANTING RELATOR'S MOTION
TO DISMISS WITHOUT PREJUDICE -  2